IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARISOL LUGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2018 CV 6658 |
| v. ) | |
| ) | |
| SOUTH CHICAGO AUTO AUCTION, LLC, ) | |
| FIRST MARSHALL AUTO SALES LLC, and ) | **JURY DEMAND** |
| KHALDOON SHAKIR, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MARISOL LUGO, by and through her Attorney, BRIAN J. GRABER, LTD., complaining of Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, as follows:

### NATURE OF THE ACTION

1. Plaintiff, MARISOL LUGO, claims that she was jointly employed by Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, as a clerical worker, and misclassified by the Defendants as an independent contractor specifically to avoid Illinois and federal wage and hour laws.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over Counts I and II alleging violations of Fair Labor Standards Act, 29 U.S.C. §201, et seq., ("FLSA") pursuant to 28 U.S.C. §1331 and 29 U.S.C. §216(b).

3. This Court has subject matter jurisdiction over Counts III and IV alleging violation of the Illinois Minimum Wage Law, 820 ILCS105/1, et seq., ("IMWL") pursuant to 28 U.S.C. §1367(a).

4. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. §1391, because all Defendants reside in the District and all the events giving rise to this suit occurred therein.

## PARTIES

5. Between October 1, 2015, to December 14, 2017, Plaintiff, MARISOL LUGO, is a resident of Cook County was jointly employed by Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, as a clerical worker at 396 E. 147th Street, Harvey, Illinois, at their auto auction business.

6. Between October 1, 2015, to December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them, are an enterprise engaged in commerce within the meaning of 29 U.S.C. §207(a)(1) in the industry of buying automobiles in interstate commerce and selling those automobiles to auto dealers and the general public.

7. Between October 1, 2015, to December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON, SHAKIR, and each of them are an enterprise whose annual gross sales volume of business done is not less than $500,000.00 within the meaning of 29 U.S.C. §203(s)(1)(A)(ii).

8. Between October 1, 2015, to December 14, 2017, Defendant, SOUTH CHICAGO AUTO AUCTION, LLC, was an employer as the term is defined by the FLSA, 29 U.S.C.

§203(d) and the IMWL, 820 ILCS 105/3(c) employing the Plaintiff, MARISOL LUGO, as a clerical worker.

9. Between October 1, 2015, to December 14, 2017, Defendant, FIRST MARSHALL AUTO SALES LLC, was an employer as the term is defined by the FLSA 29 U.S.C. §203(d) and the IMWL, 820 ILCS 105/3(c) employing the Plaintiff, MARISOL LUGO, as a clerical worker.

10. Between October 1, 2015, to December 14, 2017, Defendant, KHALDOON SHAKIR, was an employer as the term is defined by FLSA, 29 U.S.C. §203(d) and IMWL 820 ILCS 105/3(c) acting directly or indirectly in the interests of Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, and FIRST MARSHALL AUTO SALES LLC, in relation to Plaintiff, MARISOL LUGO, with authority to set hours of employment, direct the work, determined the method of pay of clerical employees, supervision of clerical employees, set the work hours for clerical employees, paid clerical employees, hired clerical employees, discharged clerical employees, and discipline clerical employees of Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, and FIRST MARSHALL AUTO SALES LLC.

## ALLEGATIONS COMMON TO ALL CLAIMS

11. Between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them, knowingly and intentionally misclassified the Plaintiff, MARISOL LUGO, as an independent contractor to avoid paying the Plaintiff, MARISOL LUGO, the minimum wage of $8.25 required by 29 U.S.C. §206(a), 29 U.S.C. §218(a), and 820 ILCS 105/4(a)(1) for those hours Plaintiff worked.

12. Between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them knowingly and intentionally misclassified the Plaintiff, MARISOL LUGO, as an independent contractor to avoid having to pay the Plaintiff, MARISOL LUGO, overtime required by 29 U.S.C. §207(a)(1) and 820 ILCS 105/4a(1) for every hour worked over 40 hours in a work week.

13. Between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them would regularly have the Plaintiff, MARISOL LUGO, performing clerical work averaging between 53 to 60 hours a week.

14. Between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them, would have the Plaintiff, MARISOL LUGO, punch in and out and would regularly dock Plaintiff, MARISOL LUGO's pay as much as $100.00 for being two minutes late or for showing disrespect.

15. Between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, would on occasion not allow Plaintiff, MARISOL LUGO, to punch in for half the day if she was late for work.

16. At all times between October 1, 2015, through December 14, 2017, pursuant to 29 U.S.C. §255(a) Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, acted willfully to purposefully misclassify the Plaintiff, MARISOL LUGO, as an independent contractor so as to avoid liability for paying

Plaintiff, MARISOL LUGO, $8.25 per hour in minimum wages and to avoid paying Plaintiff, MARISOL LUGO, time and one-half required under 29 U.S.C. §206 and 29 U.S.C. §207 to extend the Statute of Limitations to three years.

17. At all times mentioned between October 1, 2015, through December 14, 2017, Plaintiff, MARISOL LUGO, was a non-exempt employee.

18. At all times mentioned herein, between October 1, 2015, through December 14, 2017, Plaintiff, MARISOL LUGO, did not meet any of the exemptions outlined in 29 U.S.C. §213(a)(1) and 820 ILCS 105/4a(2)(E).

## COUNT I

## VIOLATION OF 29 U.S.C. §206(a)

NOW COMES the Plaintiff, MARISOL LUGO, by and through her attorney, BRIAN J. GRABER, LTD., complaining Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, violated 29 U.S.C. §206(a)(1), and in support thereof, the Plaintiff states as follows:

1-18. Plaintiff, MARISOL LUGO, re-alleges paragraphs 1-18 as paragraphs 1-18 of Count I against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

19. At all times mentioned herein, between October 1, 2015, through December 14, 2017, pursuant to the FLSA, 29 U.S.C. §206(a)(1), and 820 ILCS 105/4(a)(1), Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them were required to pay Plaintiff, MARISOL LUGO, a minimum wage of $8.25 per hour.

20. At all times mentioned herein, between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them failed to pay the Plaintiff, MARISOL LUGO, a minimum wage of $8.25 for the first forty hours she worked during a work week in violation of 29 U.S.C. §206(a)(1).

21. Pursuant to 29 U.S.C. §216(b), Plaintiff seeks her unpaid minimum wages Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them failed to pay her between October 1, 2015, through December 17, 2017.

22. Pursuant to 29 U.S.C. §216(b), Plaintiff, MARISOL LUGO, seeks liquidated damages against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them, on the amount of the unpaid minimum wages.

23. Pursuant to 29 U.S.C. §216(b), Plaintiff, MARISOL LUGO, seeks reasonable attorney's fees and costs against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

WHEREFORE, the Plaintiff, MARISOL LUGO, prays this Honorable Court enters judgment against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them in an amount in excess of $20,000.00, for unpaid minimum wages, liquidated damages, plus attorney's fees and litigation costs and interest and any other relief deemed necessary and proper.

**COUNT II**

**VIOLATION OF 29 U.S.C. §207 UNPAID OVERTIME**

NOW COMES the Plaintiff, MARISOL LUGO, by and through her attorney, BRIAN J. GRABER, LTD., complaining Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, violated 29 U.S.C. §207(a)(1), and in support thereof, the Plaintiff states as follows:

1-18. Plaintiff, MARISOL LUGO, re-alleges paragraphs 1-18 as paragraphs 1-18 of Count II against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

19. At all times mentioned herein, between October 1, 2015, through December 14, 2017, pursuant to the FLSA, 29 U.S.C. §207(a)(1), Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them were required to pay Plaintiff, MARISOL LUGO, one and one-half the regular hourly rate at which she was employed for each hour worked over forty hours in a work week.

20. At all times mentioned herein, between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them failed to pay the Plaintiff, MARISOL LUGO, one and one-half the regular hourly rate at which she was employed for every hour worked over forty hours in a work week in violation of 29 U.S.C. §207(a)(1).

21. Pursuant to 29 U.S.C. §216(b), Plaintiff seeks her unpaid overtime wages Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them failed to pay her between October 1, 2015, through December 17, 2017.

22. Pursuant to 29 U.S.C. §216(b), Plaintiff, MARISOL LUGO, seeks liquidated damages against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them, on the amount of the unpaid overtime wages.

23. Pursuant to 29 U.S.C. §216(b), Plaintiff, MARISOL LUGO, seeks reasonable attorney's fees and costs against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

WHEREFORE, the Plaintiff, MARISOL LUGO, prays this Honorable Court enters judgment against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them in an amount in excess of $20,000.00, for unpaid overtime wages, liquidated damages, plus attorney's fees and litigation costs and interest and any other relief deemed necessary and proper.

## COUNT III

**VIOLATION OF 820 ILCS 105/4(a)(1) FAILURE TO PAY MINIMUM WAGES**

NOW COMES the Plaintiff, MARISOL LUGO, by and through her attorney, BRIAN J. GRABER, LTD., complaining Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, violated 820 ILCS 105/4(a)(1), and in support thereof, the Plaintiff states as follows:

1-18. Plaintiff, MARISOL LUGO, re-alleges paragraphs 1-18 as paragraphs 1-18 of Count III against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

19. At all times mentioned herein, between October 1, 2015, through December 14, 2017, pursuant to 820 ILCS 105/4(a)(1), Defendants, SOUTH CHICAGO AUTO AUCTION,

LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them were required to pay Plaintiff, MARISOL LUGO, a minimum wage of $8.25 per hour.

20. At all times mentioned herein, between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them failed to pay the Plaintiff, MARISOL LUGO, a minimum wage of $8.25 for the first forty hours she worked during a work week in violation of 820 ILCS 105/4(a)(1).

21. Pursuant to 820 ILCS 105/12(a), Plaintiff seeks her unpaid minimum wages Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them failed to pay her between October 1, 2015, through December 17, 2017.

22. Pursuant to 820 ILCS 105/12(a), Plaintiff, MARISOL LUGO, seeks 2% interest for each month on all under payments of minimum wages against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

23. Pursuant to 820 ILCS 105/12(a), Plaintiff, MARISOL LUGO, seeks reasonable attorney's fees and costs against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

WHEREFORE, the Plaintiff, MARISOL LUGO, prays this Honorable Court enters judgment against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them in an amount in excess of $20,000.00, for unpaid minimum wages, 2% interest per month on every

underpayment, plus attorney's fees and litigation costs and interest and any other relief deemed necessary and proper.

## COUNT IV

## VIOLATION OF 820 ILCS 105/4a(1) FAILURE TO PAY OVERTIME

NOW COMES the Plaintiff, MARISOL LUGO, by and through her attorney, BRIAN J. GRABER, LTD., complaining Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, violated 820 ILCS 105/4a(1), and in support thereof, the Plaintiff states as follows:

1-18. Plaintiff, MARISOL LUGO, re-alleges paragraphs 1-18 as paragraphs 1-18 of Count IV against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

19. At all times mentioned herein, between October 1, 2015, through December 14, 2017, pursuant to 820 ILCS 105/4a(1), Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them were required to pay Plaintiff, MARISOL LUGO, 1 ½ times her regular rate of pay for every hour worked over forty hours in a work week.

20. At all times mentioned herein, between October 1, 2015, through December 14, 2017, Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them failed to pay the Plaintiff, MARISOL LUGO, 1 ½ times her regular rate of pay for every hour worked over forty hours in a work week in violation of 820 ILCS 105/4a(1).

21. Pursuant to 820 ILCS 105/12(a), Plaintiff seeks her unpaid overtime wages Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES

LLC, and KHALDOON SHAKIR, and each of them failed to pay her between October 1, 2015, through December 17, 2017.

22. Pursuant to 820 ILCS 105/12(a), Plaintiff, MARISOL LUGO, seeks 2% interest for each month on all under payments of overtime wages against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

23. Pursuant to 820 ILCS 105/12(a), Plaintiff, MARISOL LUGO, seeks reasonable attorney's fees and costs against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them.

WHEREFORE, the Plaintiff, MARISOL LUGO, prays this Honorable Court enters judgment against Defendants, SOUTH CHICAGO AUTO AUCTION, LLC, FIRST MARSHALL AUTO SALES LLC, and KHALDOON SHAKIR, and each of them in an amount in excess of $20,000.00, for unpaid overtime wages, 2% interest per month on every underpayment, plus attorney's fees and litigation costs and interest and any other relief deemed necessary and proper.

## JURY DEMAND

Plaintiff, MARISOL LUGO, hereby demands a trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all claims.

/s/ Brian J. Graber
Attorney for Plaintiff

Brian J. Graber
BRIAN J. GRABER, LTD.
Attorney for Plaintiff, Marisol Lugo

150 N. Michigan Avenue
Suite 2800
Chicago, IL 60601
(312) 291-4648
FAX (312) 854-2877
Email: graberlaw1973@gmail.com